**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 99-1132**

─────────

TYRONE E. MURRAY, SR.,

Plaintiff - Appellant,

and

TYKIA R. MURRAY; TOYYA R. MURRAY; TYRONE E.
MURRAY, JR.,

Plaintiffs,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

─────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-98-
2136-L)

─────────

Submitted: April 15, 1999          Decided: April 20, 1999

─────────

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Tyrone E. Murray, Sr., Appellant Pro Se.  Lynne Ann Battaglia, United States Attorney, Charles Joseph Peters, Sr., OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tyrone E. Murray, Sr., appeals the district court's order dismissing his civil complaint as frivolous under 28 U.S.C.A. § 1915(e) (West 1994 & Supp. 1998).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See United States v. Murray, No. CA-98-2136-L (D. Md. Jan. 21, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

———————

[*] Although the order from which Murray appeals was filed on January 20, 1998, it was entered on the district court's docket sheet on January 31, 1998.  January 21, 1998, is therefore the effective date of the district court's decision.  See Fed. R. Civ. P. 58 and 79(a); see also Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2